**In the Matter of John KELLY, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, Marine Terminals Corp., and INA/Pacific Employer's Insurance Group, Respondents.**

**No. 81–7499.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 14, 1982.

Decided June 3, 1982.

Lowell A. Airola, Airola, Ringgold & Williams, San Francisco, Cal., argued, for peti-

* Honorable Luther M. Swygert, Senior Judge, United States Court of Appeals for the Seventh

tioner; Kathryn E. Ringgold, San Francisco, Cal., on brief.

Albert Sennett, Hanna, Brophy, McLean, McAleer & Jensen, San Francisco, Cal., for respondents.

### ORDER

Before BROWNING, Chief Judge, SWYGERT * and WRIGHT, Circuit Judges.

The facts in this appeal from the decision of the Office of Workers Compensation Programs denying coverage are indistinguishable from those in *Arbeeny v. McRoberts Protective Agency*, 642 F.2d 672 (2d Cir. 1981). The *Arbeeny* claimants were covered because in protecting cargo from theft they were an integral part of the loading and unloading process. Kelly's job involved protecting shipping containers from theft damage. We reverse the Board's order for the reasons stated in *Arbeeny.*

Circuit, sitting by designation.